# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| MARCUS JACKSON, on behalf of Himself individually, and ALL OTHERS SIMILARLY SITUATED<br>*Plaintiffs*,<br><br>v.<br><br>CROWN INTERNATIONAL SECURITY<br>*Defendants*. | **CASE NO. <u>4:18-cv-01512</u>**<br><br><br>COLLECTIVE ACTION<br><br>JURY DEMANDED |

## CERTIFICATE OF SERVICE

I, Taft Foley, hereby certify that on September 11, 2019, a copy of the Plaintiff's Motion for Default Judgment and Motion on Attorney's fees filed with the court on August 20, 2019, docket entries 12 and 13, were served upon the Defendant as follows:

Mr. David Zigray
Crown International Security
204B Chester Drive
Friendswood, Texas 77546
***Via CM/RRR No. 70170660000072733641***

Respectfully submitted,

By:<u>/s/ Taft L. Foley II.___</u>
**SBN** 24039890
**FEDERAL I.D.: 2365112**

1

2

                                        ***Attorney-In Charge for Plaintiff***
                                        3003 South Loop West, Ste. 108
                                        Houston, Texas 77054
                                        Telephone: (832) 778-8182
                                        Facsimile: (832) 778- 8353
*Taft.foley@thefoleylawfirm.com*