United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARCUS JACKSON, | § |
| Plaintiff, | § |
| v. | § CASE NO. 4:18-CV-1512 |
| CROWN INTERNATIONAL SECURITY, | § |
| Defendant. | § |

### FINAL DEFAULT JUDGMENT

The Court, having considered Plaintiff Marcus Jackson's ("Plaintiff's") Motion for Default Judgment against Defendant Crown International Security ("Defendant"), the applicable law, evidence on file, and arguments of counsel,

**FINDS** that a judgment for $3,534 in unpaid wages to be appropriate for an eight-week period of employment based on evidence provided by Plaintiff. The Court also

**FINDS** that a judgment for $7,068 is reflective of the unpaid wages owed to Plaintiff for a sixteen-week period of employment with Defendant. Accordingly, it is

**ORDERED** that Plaintiff's Motion is **GRANTED** and renders a final judgment in favor of Plaintiff and against Defendant as follows:

- 7,068 in unpaid wages and $7,068 in liquidated damages for Plaintiff.
- $10,500 for reasonable and necessary attorneys' fees; and
- $815 for expenses

Additionally, this Court retains jurisdiction over enforcing this judgment and any future attorneys' fees and costs incurred by Plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

All relief not granted herein is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 16th day of December, 2019.

                                                **VANESSA D. GILMORE**
                                          **UNITED STATES DISTRICT JUDGE**